IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,                  No. 2:08-cv-2553 GEB JFM

    vs.

VITALE, et al.,

        Defendants.            <u>ORDER</u>

/

        Plaintiff's motion for default judgment against defendants Nadir and Singh came on regularly for hearing March 26, 2009. Plaintiff appeared in propria person. There was no appearance for defendants Nadir or Singh. Upon review of the motion and the documents in support, and upon hearing from plaintiff, plaintiff stated he would withdraw his motion pending further developments in the case. Accordingly, IT IS HEREBY ORDERED that plaintiff's February 2, 2009 motion for default judgment (#15) is denied without prejudice to its renewal.

DATED: March 26, 2009.

                                              UNITED STATES MAGISTRATE JUDGE

/001; john2553.dn

1