IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>        Plaintiff,<br><br>    v.<br><br>Ram Nadir, Individually and d/b/a Sam's Liquor & Food;<br>Kashmir Singh, Individually and d/b/a Sam's Liquor & Food,<br><br>        Defendant. | 2:08-cv-02553-GEB-JFM<br><br>ORDER TO SHOW CAUSE |

        The Status (Pretrial Scheduling) Order filed February 3, 2009, scheduled a final pretrial conference in this case on December 6, 2010. (ECF No. 16.) That Order prescribed: "The parties shall file a <u>JOINT</u> pretrial statement no later than seven (7) calendar days prior to the final pretrial conference." <u>Id.</u> at 4:12-13. No pretrial statement was filed.

        Review of the filings in this action reveals the following: The February 3, 2009 Status Order required "Plaintiff [to] file a motion for default judgment against Defendants Ram Nadir and Kashmir Singh by April 2009." <u>Id.</u> at 1:27-28. Plaintiff filed a motion for default judgment against said defendants on February 2, 2009, which was denied without prejudice on March 27, 2009, based upon Plaintiff's representation at the hearing on said motion that "he would withdraw [the] motion pending further developments in the case." (ECF Nos. 15,

18.) Plaintiff filed a First Amended Complaint against Defendants Ram Nadir and Kashmire Singh more than eleven months after his motion for default judgement was denied, on March 11, 2010. (ECF No. 20.) Plaintiff filed a Request for Entry of Default against Defendants Ram Nadir and Kashmire Singh on May 24, 2010, and the clerk entered default as to those defendants on June 4, 2010. (ECF Nos. 22, 23.) Plaintiff has not filed a motion for default judgment.

For the stated reasons, the December 6, 2010 final pretrial conference and March 8, 2011 trial are vacated. A status conference is scheduled to commence at 9:00 a.m. on January 18, 2011. A status report shall be filed fourteen (14) days prior to the status conference in which Plaintiff is required to explain the status of the default proceedings and why this action should not be dismissed for failure to prosecute.

Further, Plaintiff is ORDERED TO SHOW CAUSE (OSC), in a writing filed no later than 4:00 p.m. on December 10, 2010, why sanctions should not be imposed under Rule 16(f) of the Federal Rules of Civil Procedure for failure to file a timely a final pretrial statement. Plaintiff shall state in the response to the OSC whether a hearing is requested on the OSC. If a hearing is requested, it will be held at the time of the status conference.

IT IS SO ORDERED.

Dated: November 30, 2010

GARLAND E. BURRELL, JR.
United States District Judge

2